■ WATERFRONT COMMISSION OF NEW YORK HARBOR, Respondent, v MYLES E. BILLUPS, SR., et al., Appellants. — Order and judgment (one paper) of the Supreme Court, New York County (Andrew R. Tyler, J.), entered on June 8, 1982, unanimously affirmed, without costs and without disbursements. (See *Waterfront Comm. of N. Y. Harbor v Boyle*, 91 AD2d 879.) No opinion. Concur — Sandler, J. P., Sullivan, Bloom, Fein and Alexander, JJ.

■ In the Matter of JOHN ORTIZ, Appellant. — Order, Family Court of the State of New York, Bronx County (John F. Pollard, J.), entered on November 13, 1981, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Sandler, J. P., Sullivan, Bloom, Fein and Alexander, JJ.

■ CONSTANCE CIARDULLO, Individually and as Administratrix of the Estate of JOHN CIARDULLO, Deceased, Respondent, v SOVEREIGN CONSTRUCTION COMPANY, LTD., et al., Respondents-Appellants, et al., Defendants, and NEW YORK TELEPHONE COMPANY, Appellant. DIC UNDERHILL, a Joint Venture, Also Known as DIC UNDERHILL CONSTRUCTION COMPANY, INC., Third-Party Plaintiff, v LEON MARRANO & SONS, INC., Third-Party Defendant. — Amended order and judgment (one paper) of Supreme Court, New York County (Allen Murray Myers, J.), entered on September 7, 1982, unanimously affirmed. Plaintiffs-respondents shall recover of appellant New York Telephone Company $75 costs and disbursements of this appeal. The appeal from the judgment of said court entered on May 12, 1982 is dismissed as having been subsumed in the appeal from the amended order and judgment entered on September 7, 1982. No opinion. Concur — Sullivan, J. P., Silverman, Lynch, Milonas and Alexander, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILIP TUCKER, Appellant. — Judgment, Supreme Court, New York County, rendered on April 18, 1980, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Ross, J. P., Carro, Fein, Lynch and Kassal, JJ.

■ LINCOLN PLAZA SOUTH et al., Respondents-Appellants, v CITY OF NEW YORK et al., Appellants-Respondents. — Appeal and cross appeal from order, Supreme Court, New York County (Nathaniel T. Helman, J.), entered on November 5, 1981, discontinued in accordance with the terms and conditions contained in the stipulation of the parties herein. Concur — Ross, J. P., Carro, Fein, Lynch and Kassal, JJ.